427 A.2d 249

Commonwealth v. Hickey, Appellant.

 Argued November 12, 1979. Michael J. McCaney, Jr., for appellant; Jay P. Kahle, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.